# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130754 & (65)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DAVID KIRCHER.

_____

DAVID KIRCHER,
      Plaintiff-Appellant,

v                                                                  SC: 130754
                                        COA: 262153

WASHTENAW CIRCUIT JUDGE and CITY
OF YPSILANTI,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006                                    _____

s0619                                              Clerk